IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAN BOK WON and
ZOO YOUNG WON,
Husband and Wife,

        Plaintiffs,

vs.                                                                                      No. CIV 08-0985 JB/LAM

CITY OF ALAMOGORDO;
ARTHUR ALTERSON, and
LORA NELSON,
In their official and individual capacities,

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Defendants' Motion for Summary Judgment and Motion for Fees and Costs, filed December 18, 2008 (Doc. 17). The Court, having granted summary judgment pursuant to the defendants' motion, finds that Final Judgment should and will be entered against the Plaintiffs, Man Bok Won and Zoo Young Won.

**IT IS ORDERED** that Final Judgment is rendered against Plaintiffs Man Bok Won and Zoo Young Won.

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE

*Counsel:*

Man Bok Won
Zoo Young Won
Anaheim, California

       *Pro se Plaintiffs*

James P Sullivan
Christina L Brennan
Brennan & Sullivan PA
Santa Fe, New Mexico

    *Attorneys for the Defendants*